# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BELMONT GROCERIES, LLC, ) <br> d/b/a RICH'S FRESH MARKET, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INS. CO., ) <br> AMGUARD INSURANCE COMPANY, and ) <br> TINA VELASCO, ) <br> ) <br> **Defendants.** ) | No. 24-cv-653 |

## COMPLAINT FOR DECLARATORY JUDGMENT

Now comes the Plaintiff, BELMONT GROCERIES, LLC d/b/a RICH'S FRESH MARKET, by its attorney, RICHARD M. BURGLAND of BURGLAND LAW, LLC, and for its Complaint for Declaratory Judgment against the Defendants, LIBERTY MUTUAL INSURANCE COMPANY and AMGUARD INSURANCE COMPANY, alleges the following:

### NATURE OF ACTION

1. This is an action arising under the Declaratory Judgment Act, 28 U.S.C. § 2201. Belmont seeks a declaration that the policy of insurance issued by Liberty Mutual Insurance Company ("Liberty") to Belmont Groceries LLC, d/b/a/ Rich's Fresh Market ("Belmont") provides coverage for Belmont in a putative class action, which is currently pending in the Circuit Court of Cook County, under Cause No. 23 CH 1077 (the "Underlying Action").

## PARTIES

2. Belmont Groceries LLC, d/b/a/ Rich's Fresh Market ("Belmont") is an Illinois limited liability company organized under the laws of Illinois. Belmont's sole member is Richard Machnicki, who is a citizen of Chicago, Illinois.

3. Liberty Mutual Insurance Company is an insurance company organized under the laws of Massachusetts, with its principal place of business in Boston, Massachusetts.

4. AmGuard Insurance Company is an insurance company organized under the laws of Pennsylvania, with its principal place of business in Wilkes-Barre, Pennsylvania.

5. Tina Velasco is a nominal but necessary party to this Action.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Belmont and the insurer Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. This Court has power to grant the relief sought by Belmont under 28 U.S.C. § 2201.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), as a substantial

## THE UNDERLYING ACTION

9. On February 2, 2023, Velasco filed the Underlying Action against Belmont seeking damages arising out of Belmont's alleged violations of Illinois' Biometric Information Privacy Act ("BIPA").

10. The Underlying Action alleges that Belmont violated BIPA by, among other things, disseminating biometric information to third parties in violation of employees' rights to privacy.

### LIBERTY MUTUAL POLICY

11. Liberty Mutual issued a policy of liability insurance to Belmont which was in effect at some point in time between February 2, 2018 and February 2, 2023.

12. The Liberty Mutual policy covers publication of material that violates a person's right of privacy.

### AMGUARD POLICY

13. AmGuard issued a policy of liability insurance to Belmont which was in effect at some point in time between February 2, 2018 and February 2, 2023.

14. The AmGuard policy covers publication of material that violates a person's right of privacy.

### TENDERS OF DEFENSE

15. Belmont tendered its defense of the Underlying Action to Liberty Mutual and Liberty Mutual declined to accept Belmont's tender of defense.

16. Belmont tendered its defense of the Underlying Action to AmGuard and AmGuard has not accepted Belmont's tender of defense.

### COUNT I
### (DECLARATORY JUDGMENT RE: DUTY TO DEFEND – LIBERTY MUTUAL)

17. Belmont contends that the allegations and contentions contained in the Underlying Action are covered under the Liberty Mutual policy because the Underlying

Action alleges a publication of material that violates a person's right of privacy, and there are no applicable policy exclusions.

18. The above contentions of Belmont are, on information and belief, denied by Liberty Mutual, who, in turn, contends that Liberty Mutual owes no duty to defend and indemnify Belmont in the Underlying Action. Belmont, in turn, denies the contrary contentions of Liberty Mutual and each of them.

## COUNT II
### (DECLARATORY JUDGMENT RE: DUTY TO DEFEND – AMGUARD)

19. Belmont contends that the allegations and contentions contained in the Underlying Action are covered under the AmGuard policy because the Underlying Action alleges a publication of material that violates a person's right of privacy, and there are no applicable policy exclusions.

20. The above contentions of Belmont are, on information and belief, denied by AmGuard, who, in turn, contends that AmGuard owes no duty to defend and indemnify Belmont in the Underlying Action. Belmont, in turn, denies the contrary contentions of AmGuard and each of them.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, BELMONT GROCERIES, LLC d/b/a RICH'S FRESH MARKET, prays that this Court enters judgment finding and declaring the rights of the parties as follows:

### AS TO COUNT I:

A. That Defendant Liberty Mutual Insurance Company owes a duty to

       defend and indemnify Belmont Groceries, LLC d/b/a Rich's Fresh Market, in the underlying action which is currently pending in the Circuit Court of Cook County, under Cause No. 23 CH 1077.

B. That the Court grant Belmont Groceries, LLC d/b/a Rich's Fresh Market such other and further relief as the Court deems fit and just under the circumstances.

C. That Belmont Groceries, LLC d/b/a Rich's Fresh Market be awarded and have and recover its just and reasonable costs incurred herein and have execution issue therefor.

## AS TO COUNT II:

A. That Defendant AmGuard Insurance Company owes a duty to defend and indemnify Belmont Groceries, LLC d/b/a Rich's Fresh Market, in the underlying action which is currently pending in the Circuit Court of Cook County, under Cause No. 23 CH 1077.

B. That the Court grant Belmont Groceries, LLC d/b/a Rich's Fresh Market such other and further relief as the Court deems fit and just under the circumstances.

C. That Belmont Groceries, LLC d/b/a Rich's Fresh Market be awarded and have and recover its just and reasonable costs incurred herein and have execution issue therefor.

Respectfully submitted:

BURGLAND LAW, LLC

BY: */s/ Richard M. Burgland*
 Richard M. Burgland

Richard M. Burgland
IL Bar No. 6289146
BURGLAND LAW, LLC
89 N. Edgewood Ave.
La Grange, Illinois 60525
(773) 294-7743
rmb@burglandlaw.com
*Attorneys for Plaintiff*