## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BELMONT GROCERIES, LLC,** | ) | |
| **d/b/a Rich's Fresh Market** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 24 cv 653** |
| **v.** | ) | |
| | ) | |
| **LIBERTY MUTUAL INS. CO.,** | ) | |
| **AMGUARD INS. CO., and TINA** | ) | |
| **VELASCO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between those parties having appeared and/or their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


*/s/ Richard M. Burgland*                               */s/ Robert Marc Chemers*

Richard M. Burgland                                     Robert Marc Chemers

Bar ID: 06289146                                      Bar ID: 0431508

BURGLAND LAW, LLC                             PRETZEL & STOUFFER, CHARTERED

89 N. Edgewood Ave.                               200 S. Wacker Dr., Suite 2600

La Grange, IL 60525                                 Chicago, IL 60606

rmb@burglandlaw.com                            rchemers@pretzel-stouffer.com

(773) 294 7743                                       (312) 578 7548

*Attorneys for Plaintiff*                             *Attorneys for Defendant*

                                                  *Liberty Mutual Insurance Company*